OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1M **$ 00.26⁵**
0004279596    FEB 19 2015
MAILED FROM ZIP CODE 78701

**2/18/2015**

**MASSIE, STEVEN GLEN   Tr. Ct. No. 88-08-00468-CR(2)      WR-74,841-02**

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

STEVEN GLEN MASSIE
ELL_____3349      *Discharged*

RTS

KCLUS38 7